UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA WESTON,

        Plaintiff,

v.                                    Case No:   6:24-cv-567-PGB-LHP

BUC-EE'S FLORIDA, LLC and JANE DOE,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE TO PLAINTIFF'S DISCOVERY (Doc. No. 21)
>
> **FILED:** July 15, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Standing Order on Discovery Motions. *See* Doc. No. 16 ¶ 2.  In addition, although the motion contains a "Certificate of

Conferral," said certificate does not comply with Local Rule 3.01(g)(2). Any renewed motion must fully comply with all Local Rules and Court Orders.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties