# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRENDA WESTON,

     Plaintiff,

v.                                                  Case No:   6:24-cv-567-PGB-LHP

BUC-EE'S FLORIDA, LLC and JANE DOE,

     Defendants

---

## ORDER TO STRIKE

This cause comes before the Court on the filing of Plaintiffs' Rule 26 Initial Disclosures. Doc. No. 27. On review, the filing (Doc. No. 27) is **ORDERED stricken**. *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties